UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SHANNON O'LEARY,

        Plaintiff,                JUDGMENT
                                        20-CV-1911 (WFK) (RML)

        -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

        Defendants.
------------------------------------------------------------ X

        A Decision and Order of Honorable William F. Kuntz, II, United States District Judge, having been filed on July 26, 2025, denying Defendants' motion to strike; and granting Defendants' motion for summary judgment; it is

        ORDERED and ADJUDGED that Defendants' motion to strike is denied; and that Defendants' motion for summary judgment is granted.

Dated: Brooklyn, NY                                              Brenna B. Mahoney
       July 28, 2025                                                Clerk of Court

                                                                   By: */s/Jalitza Poveda*
                                                                        Deputy Clerk